| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW C. BOCKMON, #161566 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorneys for Defendant |
| | LEWIS MCCUTCHEON |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-mj-176 CKD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| | ) | TO MODIFY SPECIAL CONDITIONS OF |
| v. | ) | RELEASE |
| | ) | |
| LEWIS MCCUTCHEON, | ) | Judge: Hon. EDMUND F. BRENNAN |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant Lewis McCutcheon, through their respective attorneys, that the release conditions imposed on Mr. McCutcheon on October 22, 2018 (Dkt. 10), may be modified to add:

**13. You must restrict your travel to Eastern District of California, and the Northern District of California unless otherwise approved in advance by the pretrial services officer;**

**14. You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;**

**15. You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.**

Stipulation to Modify Special Conditions of Release     -1-

Pretrial Services Officer, Tai Gaskins, is in agreement with this request for modification.

All other conditions shall remain in force.

DATED: October 29, 2018    HEATHER E. WILLIAMS
Federal Defender

*/s/ Matthew C. Bockmon*
MATTHEW C. BOCKMON
Assistant Federal Defender
Attorney for LEWIS MCCUTCHEON

DATED: October 29, 2018    MCGREGOR W. SCOTT
United States Attorney

*/s/ Timothy Delgado*
TIMOTHY DELGADO
Assistant United States Attorney

**O R D E R**

The following release condition is added:

**13.   You must restrict your travel to Eastern District of California, and the Northern District of California unless otherwise approved in advance by the pretrial services officer;**

**14.   You must participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You must pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;**

**15.   You must participate in a cognitive behavioral therapy program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office.**
All other conditions shall remain in force.

DATED: October 29, 2018

_____
HON. EDMUND F. BRENNAN
United States Magistrate Judge

Stipulation to Modify Special Conditions of Release

-3-